### MILLER v. UNITED STATES.*

(Circuit Court of Appeals, Fifth Circuit. December 3, 1919.)

#### No. 3418.

POST OFFICE ⬅50—INSTRUCTIONS IN PROSECUTION FOR USING MAILS TO DEFRAUD.

    Instructions in a prosecution for using the mails to defraud *held* full and fair, and not prejudicial to defendant.

In Error to the District Court of the United States for the Western District of Texas; Duval West, Judge.

Criminal prosecution by the United States against V. F. Miller. Judgment of conviction, and defendant brings error. Affirmed.

Dave Watson, of San Antonio, Tex. (Chambers, Watson & Wilson, of San Antonio, Tex., on the brief), for plaintiff in error.

Hugh R. Robertson, U. S. Atty., and Claud J. Carter, Asst. U. S. Atty., both of San Antonio, Tex.

Before WALKER, Circuit Judge, and FOSTER and GRUBB, District Judges.

PER CURIAM. In this case the plaintiff in error was convicted of using the mails in furtherance of a scheme to defraud. Error is assigned to portions of the court's charge to the jury and to the failure to give a special charge as requested. The special charge refused is substantially covered in the general charge. The court charged the jury fully and fairly on the law applicable to the case; in fact, very favorably to the defendant.

We find no error in the record. The judgment is affirmed.

---

⬅For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

*Certiorari denied 251 U. S. ——, 40 Sup. Ct. 394, 64 L. Ed. ——.